WILLIAM HOM v. WILLIAM H. KRIMKO and Another.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of Supplementary Proceedings: MAX HOFFMAN v. MICHAEL MALITO and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

YGLESIAS & Co., INC., v. SEBASTIAN FONT and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, etc. (Claims of JAMES A. TILLMAN, Assignee of KARL SCHMIDT and Another).— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BUTTS & MOLLOY, INC., v. THE O. B. POTTER PROPERTIES, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER C. ALLEN v. FREDERICK HURUM.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WALTER C. ALLEN v. FREDERICK HURUM.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES L. BUNNELL.— Motion dismissed on the ground that it must be made to a judge of the Court of Appeals or a justice of the Appellate Division in the department in which the conviction was had. (Code Crim. Proc. § 520.)■ Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of SARAH HARRIS SMITH, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUDOLPH LEWITUS v. BROWN & SECCOMB.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

B. EDMUND DAVID, INC., v. FIFTH AVENUE THIRTY-FOURTH STREET REALTY Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAY CARTON, Suing on Behalf of Himself, etc., v. RUBEL CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PATRICK J. MURPHY v. NEW YORK STEAM COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY GLICKMAN v. BARKER PAINTING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.